543 U.S. 1180
 ELIZALDE-CASARES
v.
UNITED STATES;
PEQUE-PEREZ
v.
UNITED STATES;
REYES-MANCIAS
v.
UNITED STATES;
REYES-PASCUAL
v.
UNITED STATES;
SIERRA-MADRIGAL
v.
UNITED STATES;
DIAZ-SANCHEZ
v.
UNITED STATES;
GARCIA-LOPEZ
v.
UNITED STATES;
COBOS-PEREZ
v.
UNITED STATES;
GOMEZ-DELGADO
v.
UNITED STATES;
HERRERA-BARAJAS
v.
UNITED STATES;
JIMENEZ LOPEZ
v.
UNITED STATES;
QUIRINO
v.
UNITED STATES;
RODRIGUEZ-MEDINA
v.
UNITED STATES;
OLALDE-SERNA
v.
UNITED STATES;
SANTOS-HERNANDEZ
v.
UNITED STATES;
HERNANDEZ RIVERA
v.
UNITED STATES;
GOMEZ-VARGAS
v.
UNITED STATES; and
ESTRADA-RODRIGUEZ
v.
UNITED STATES.
 No. 04-7786.
 Supreme Court of United States.
 February 22, 2005.
 
 1
 Petitions for rehearing denied.